IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY C. MOORE,

                        Petitioner,                    ORDER

    v.

                                                    09-cv-0725-slc

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

                        Respondent.

---

On December 3, 2009, this court entered an order directing petitioner Rodney Moore to submit either the $5 filing fee or a completed application for leave to proceed *in forma pauperis*. He was also told to re-submit a legible habeas petition using the court's standard form. Petitioner was warned that if he failed to complete this steps by January 4, 2010, his petition would be dismissed for his failure to prosecute it. It is now February 1, 2010 and the court has not received anything from petitioner. Accordingly,

ORDER

IT IS ORDERED that the petition of Rodney Moore for a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE for his failure to prosecute it.

Entered this 2nd day of February, 2010.

                                          BY THE COURT:

                                          /s/

                                          BARBARA B. CRABB
                                          District Judge