IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Petitioner,

v.

GREGORY GRAMS and
J.B. VAN HOLLEN,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-725-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Rodney C. Moore for a writ of habeas corpus is dismissed under Rule 4 of the Rules Governing 2254 Cases.

_____          _____
Peter Oppeneer, Clerk of Court          Date